Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
7, 2003









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed August 7, 2003.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00825-CV

____________

 

IN RE ARNESS WHITE, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On July 24, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52. 

We deny relator=s petition for writ of mandamus.

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed August 7, 2003.

Panel consists of
Justices Anderson, Seymore, and Guzman.